**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**THERESA LIMA on her own behalf and**
**others similarly situated,**

        Plaintiff,

        v.                                    No**: 3:05-cv-611-J-16MCR**

**THE SYRIAN-LEBANESE STAR, a**
**Florida newspaper,**

        Defendant.
_____/

**ORDER APPROVING SETTLEMENT AGREEMENT**
**AND DISMISSAL WITH PREJUDICE**

This cause is before the Court upon the Parties' Joint Motion for Approval of Settlement and Stipulation of Facts and Supporting Memorandum of Law submitted on August 24, 2005 (Doc #8-1). The Court, being fully advised in the premises, finds that the Settlement Agreement reached between the parties is a fair and reasonable resolution of a bona fide dispute. Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** with this Court retaining jurisdiction to enforce the terms of the parties' Settlement Agreement.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this  25th   day of August, 2005.

Copies to:
    Counsel of Record

/s/ John H. Moore II
JOHN H. MOORE II
United States District Judge